IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARIO T. RUCKER, #63902**                                                      **PLAINTIFF**

V.                                                     CIVIL ACTION NO.: 3:22-cv-483-TSL-RPM

**HINDS COUNTY PUBLIC
DEFENDER'S OFFICE
ATTORNEY ALISON O. KELLY
ATTORNEY MICHAEL HENRY**                                                      **DEFENDANTS**

## NOTICE OF REMOVAL

Come now, Defendants, Hinds County Public Defender's Office ("HCPD"), Attorney Alison O. Kelly ("Kelly"), and Attorney Michael Henry ("Henry"), by and through counsel, and file their Notice of Removal of this civil action from the Chancery Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of the same, Hinds County, Kelly, and Henry would show unto the Court as follows:

1. HCPD, Kelly, and Henry are all defendants in a lawsuit filed on July 15, 2022, styled *Mario T. Rucker, #63902 v. Hinds County Public Defender's Office, Attorney Alison O. Kelly and Attorney Michael Henry*, Civil Action No.: 22-cv-00832, in the Chancery Court of Hinds County, Mississippi. See *Complaint*, attached hereto as **Exhibit A** and incorporated herein by reference.

2. According to the returns on service filed with the Hinds County Chancery Court, process was served on the Defendants, Alison O. Kelly and Michael Henry on August 2, 2022. *MEC Doc. Nos. 5 & 6*. It is unclear whether or not Plaintiff believes serving

HCPD employees Kelly and Henry was sufficient service of process on HCPD but there is no separate return on HCPD. Without waiving any immunities or defenses, HCPD consents to and is participating in the removal of this matter.

3. Based on the Returns for Kelly and Henry, an answer or responsive pleading is due on or before September 1, 2022. As a result, the time for removal has not yet expired.

4. In Plaintiff's civil action, he contends that he has suffered violations of the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution. See *Complaint,* ¶ VI.

5. Movants hereby remove this case pursuant to 28 U.S.C. § 1331 as this court has original jurisdiction over federal questions such as those alleged by the Plaintiff under the United States Constitution.

6. The United States District Court for the Southern District of Mississippi, Northern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Hinds County, Mississippi, and Plaintiff's Complaint was filed in the Chancery Court of the Hinds County, Mississippi.

WHEREFORE PREMISES CONSIDERED, Defendants, Hinds County Public Defender's Office, Attorney Alison O. Kelly, and Attorney Michael Henry pray that this Court accept this Notice of Removal, and further pray for any other appropriate relief that this Court deems proper.

**DATE:      August 18, 2022.**

                                          Respectfully submitted,

                                          **HINDS COUNTY PUBLIC DEFENDER'S OFFICE, ATTORNEY ALISON O. KELLY AND ATTORNEY MICHAEL HENRY**

                                          BY:    /s/*William R. Allen*
                                                            One of Their Attorneys

WILLIAM R. ALLEN (MSB # 100541)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  kriley@aabalegal.com

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys of record for defendants, hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Notice of Removal to:

        MARIO T. RUCKER, #63902
        S.M.C.I
        P.O. Box 1419
        Leakesville, MS 39451

This the 18th day of August, 2022.

                                                      /s/*William R. Allen*
                                                      OF COUNSEL