IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

Mario T. Rucker, 63902            Plaintiff

vs.

Hinds County Public         Civil action No. 3:22-CV-00483-TSL-RPM

Defender's office                    Defendants

Attorney Alison O. Kelly

Attorney Michael Henry



## Motion To Amend

1.) Plaintiff ask's this Honorable Court to allow him to add to Relief page 16 of Complaint paragraph (40). Not only an "affidavit", but also Attorney Alison O. Kelly draft his (PCR) Post Conviction Relief and Attach affidavit and file such in the Miss. Supreme Court. In addition to all issues raised in his Chancery Complaint.

                                            Mario J. Rucker #63902
                                            signature

Subscribed and sworn to before me this the __12__ day of __Oct.__, 2022

_____           _____

My Commissioner Expire                   Notary Public