IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARIO T. RUCKER**                                                   **PLAINTIFF**

v.                                **CIVIL ACTION NO. 3:22-cv-483-TSL-RPM**

**HINDS COUNTY PUBLIC DEFENDER'S OFFICE, et al.**      **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order entered this day, it is hereby **ORDERED AND ADJUDGED** that plaintiff's complaint is dismissed with prejudice until the conditions outlined in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met.

**SO ORDERED** this 27th day of October, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE